*Original*

RECEIVED

AUG 1 4 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

_Wayne Gordon #95912_
**Full Name of Plaintiff, Prisoner Number**

_Richard Stalder, Venetia Michael,_
_Angie Huff, Becky Moss,_
_Sandra K. Parker, Jane Tucker,_
_Pamela Hearn, Debbie Scriber,_

_ABC Insurance Company, ET AL._
**Full Name of Defendant(s)**

Civil Action No. _____

**5:06cv1389    SEC. P**
**JUDGE HICKS**
**MAG. JUDGE HORNSBY**

### COMPLAINT

### I.    Previous Lawsuits

A.    Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes ✓        No _____

B.    If your answer to the preceding question is yes, provide the following information.

1.    State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish): _United States District Court, Western District of Louisiana_

2.    Name the parties to the previous lawsuit(s): _Currently this information has been stolen (Larceny) yet in storage bins identified as R38 and W21 involving pending suit No. C541,562, 19th Judicial District Court, hence, I am unable to recollect any information_
Plaintiffs: _____
Defendants: _as to previous lawsuits except that they were filed with this court and it is possible three lawsuits may_

3.    Docket number(s): _have been dismissed, yet this present suit involves or relates to imminent danger of serious_

4.    Date(s) on which each lawsuit was filed: _physical injury, an exemption to the three strike rule._

5.    Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ✓        No _____

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

See same information at cover page in Section B, supra.

II. A. **Name of institution and address of current place of confinement:**

David Wade Correctional Center, 670 Bell Hill Rd., Homer LA 71040

B. Is there a prison grievance procedure in this institution?

Yes ✓        No _____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ✓        No _____

If Yes, what is the Administrative Remedy Procedure number? DWCC-04-0511

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

All steps were taken and denied as "normal" by defendants. Remedies have been exhausted: See page #7 under Exhaustion, infra.

Attach a copy of each prison response and/or decision rendered in the administrative proceeding. Complying, see attached exhibits.

## III. Parties to Current Lawsuit:

A. Name of Plaintiff _Wayne Gordon_

Address _620 Bell Hill Road, Homer, LA 71040_

B. Defendant, _Richard Stalder_ , is employed as

_Secretary_ at _Department of Corrections_ .

Defendant, _Venetia Michael_ , is employed as

_Warden_ at _David Wade Correctional Ctr._

Defendant, _Angie Huff_ , is employed as

_Deputy Warden - Treatment_ at _David Wade Correctional Ctr._

Additional defendants _Becky Moss, Screening Officer, Dr. Sandra K. Parker, Dr. Jane Tucker, Dr. Pamela Hearn, Debbie Scriber, First Step Medical Respondent, David Wade Correctional Center; ABC Insurance Company, ET AL._

## IV. Statement of Claim

State the FACTS of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

_See Facts contained at pages 7 through 15 in Petition for Tort Damages hereto._

_____

_____

_____

_____

_____

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

See Relief contained at pages 23 through 29 hereto.

_____

## VI. Plaintiff's Declaration

A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.

B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

This lawsuit relates to or involves ⟶

Signed this 10th day of August , 2006 .

95912
Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)

Wayne Gordon
Signature of Plaintiff

5/97

April 27, 2004

Attn.: Ms. Venetia T. Michael, Wdn.
Warden's Office
D.W.C.C.

Re: Administrative Remedy Procedure Requested

Honorable Warden :

It is presumed I am diagnosed with a liver ailment (Hepatitis-B) in which is a serious medical matter. The medical chart affirmatively show I have repeatedly sought medical treatment but has been denied.
Serious medical need exists for physical illness, inter alia. Domino v. Texas Dept. of Criminal Justice, 239 F. 3d 752 (5th Cir. 2001). Circumstantial evidence is sufficient to establish deliberate indifference to serious medical need. Boyd v. Knox, 47 F. 3d 966 (8th Cir. 1995). In regards to said denial - atrocity of medical care, you have caused existing serious medical needs and conditions posing substantial risk of serious future harm. Harris v. Coweta County, 21 F. 3d 388 (11th Cir. 1994).

Respectfully submitted,

Wayne Gordon
Wayne Gordon, #95912
N2    C7

cc: wg

## CERTIFICATE

Pursuant to <u>Sonnier v. Johnson</u>, 161 F.3d 941 (5th Cir. 1998), I hereby certify that the foregoing (ARP) has been served on Ms. Venetia T. Michael, Warden, by placing the same into the U.S. mailbox, properly addressed, on this <u>27th</u> day of <u>April</u>, 2004.

Wayne Gordon
Wayne Gordon, #95912



# DAVID WADE CORRECTIONAL CENTER
## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
670 BELL HILL ROAD - HOMER, LOUISIANA 71040
PHONE (318) 927-0400
FAX (318) 927-0433

VENETIA T. MICHAEL, WARDEN

KATHLEEN BABINEAUX BLANCO
Governor

RICHARD L. STALDER
Secretary

TO:        Gordon, Wayne     #095912     N3A

FROM:      Becky Moss
           ARP Screening Officer

DATE:      July 27, 2005

RE:        ARP-DWCC-04-0511
           ARP-DWCC NUMBER

Your request to have the above referenced Administrative Remedy Procedure (ARP) sent to the Secretary has been received.

The necessary documents have been sent to the Secretary for review.

Rec'd: 6-30-05

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: DWCC-2004 -0511

TO:  <u>WAYNE GORDON 95912</u>                    <u>N3A</u>
     Offender's Name and Number              Living Quarters


Date of Incident


X          ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
           issued within 40 days of this date.

           REJECTED:  Your request has been  rejected for the following reason(s):


<u>06/30/2005</u>                                   <u>Becky Moss</u>
Date                                        Warden's Signature or Designee

CASE NUMBER:  DWCC-2004-0511

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>GORDON, WAYNE 95912</u>                    N3A
                                                  Living Quarters

Response to request dated 04/27/2004, received in this office on 04/28/2004

It was noted you had a positive Hepatitis B  Surface Antibody on 10/27/99.  You have had numerous tests assessing your liver function and all have been within normal limits.  Lab work was scheduled for you on 4/13/05, and you refused to have it drawn.  It has been noted that you now have a thyroid mass.  It has been recommended that this mass be evaluated, but on 4/8/05, you explained t the doctor that you wanted to defer treatment until you are released.  You have been followed for your medical problems and will receive appropriate referrals if necessary.  The doctors are in the best position to order your medical plan of care.

Prepared by: _____

_____              _____
            Date                                    Unit Head

<u>Instructions to Inmate:</u>  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✔) I am not satisfied with this response and wish to proceed to Step Two.

Reason: _I have not refused any treatment as to the hepatitis problem and you
cannot prove your allegation. Moreover, apparently this response is contrary
to the information Dr. Sandra K. Parker inadvertently provided me with._

_July 15, 2005_                        _Wayne Gordon  95912_
       Date                            Inmate's Signature   DOC#

*Rec'd : 9-8-05*

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES

### CASE NUMBER: DWCC-2004-0511

### SECOND STEP RESPONSE FORM
### (HEADQUARTERS)

TO: <u>GORDON, WAYNE    95912</u>                          <u>DWCC</u>
      Inmate Name and Number                          Living Unit

Response to Request Dated 07/15/2005, Received in this Office on 07/29/2005:

Your request for Administrative review has been received. A qualified member of the Headquarters staff has reviewed all pertinent documentation, as well as your complaint, in order to render a fair and impartial response.

After a thorough review it has been determined that your complaint has been satisfied. The Medical staff of David Wade Correctional Center has adequately addressed all of your medical concerns. You have and will continue to be provided with the appropriate medical care for your concerns.

As such, this office concurs with the response provided at the First Level. Therefore, your request for Administrative Remedy at the Headquarters Level is denied.


<u>      8-16-05      </u>            <u>     Linda Ramsey     </u>
           Date                              Secretary's Signature or His Designee

Wayne Gordon #95912
570 Bell Hill Road
Homer, LA 71040

U.S. POSTAGE
$04.20

HOMER   LA
AUG 11 2006  04200  040475
FP0595115  JMC01  0270227A

Attn: Mr. Robert H. Shemwell
Clerk of Court
United States District Court - Western
300 Fannin Street, Suite 1167
Shreveport, LA 71101-3083