UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WAYNE GORDON | CIVIL ACTION NO. 06-1389 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before the Court is Plaintiff's "Motion for Temporary Restraining Order and/or Preliminary Injunction." See Record Document 11. To obtain the relief he seeks, Plaintiff would have to show (1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable injury absent an injunction, (3) that the threatened injury would exceed any harm that would flow from the injunction, and (4) that the injunction would not undermine the public interest. Walgreen Co. v. Hood, 275 F.3d 475, 477 (5th Cir. 2001). Because Plaintiff has failed to make such a showing, the Motion for a Temporary Restraining Order is **DENIED.**

Plaintiff is hereby ordered to serve the Defendants with the Complaint (Record Document 1) and the "Motion for Temporary Restraining Order and/or Preliminary Injunction" (Record Document 11) in accordance with the Federal Rules of Civil Procedure, and to file proof of such service in the record. Once the Defendants have appeared, the Court will take up further proceedings regarding Plaintiff's Motion for a Preliminary Injunction.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 5th day of January, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE