UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WAYNE GORDON | CIVIL ACTION NO. 06-1389-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE HORNSBY |

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Record Document 39) is **GRANTED IN PART** by: (1) dismissing, with prejudice to refiling *in forma pauperis*, all claims against Richard Stalder, Venetia Michael, Angie Huff and Becky Moss; (2) dismissing with prejudice all claims against Debbie Scriber; and (3) dismissing for lack of subject matter jurisdiction all claims against any Defendant in his or her official capacity for money damages. The Motion to Dismiss is **DENIED IN ALL OTHER RESPECTS**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 3rd day of March, 2008.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE