UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WAYNE GORDON | CIVIL ACTION NO. 06-1389 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| RICHARD STALDER, ET AL | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Cross-Motion for Summary Judgment (Record Document 62) is **DENIED** and the Motion for Summary Judgment (Record Document 57) filed by Dr. Pamela Hearn and Nurse Jane Tucker is **GRANTED**, **DISMISSING WITH PREJUDICE** all claims against them.

**IT IS FURTHER ORDERED** that summary judgment is **GRANTED** *sua sponte* in favor of Dr. Sandra Parker, **DISMISSING WITH PREJUDICE** all claims against her.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 31st day of December, 2008.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE